■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALGA RUFUS MCKINNEY, Also Known as ALAN RUFUS MCKINNEY, Appellant.—Appeal by the defendant from a judgment of the County Court, Dutchess County (King, J.), rendered November 7, 1984, convicting him of criminal possession of a weapon in the third degree (Penal Law § 265.02 [1]), upon his plea of guilty, and imposing sentence. The appeal brings up

for review the denial, after a hearing, of that branch of the defendant's omnibus motion which was to suppress a shotgun and shells which had been seized from him.

Ordered that the judgment is affirmed.

Criminal Term's suppression ruling was proper because, *inter alia,* the evidence clearly demonstrated that the defendant was a mere visitor in the apartment from which the physical evidence was seized, and, under all the circumstances, he had no reasonable expectation of privacy in the apartment *(see, People v Ponder,* 54 NY2d 160; *People v Alicia,* 113 AD2d 944; *People v Bencevi,* 111 AD2d 397; *People v Farinaro,* 110 AD2d 653).

The defendant's other contentions are either unpreserved for appellate review as a matter of law or without merit. Lawrence, J. P., Eiber, Kooper and Spatt, JJ., concur.